ORIGINAL



**FILED**

11/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0465

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0465

| | | |
|---|---|---|
| SIEBEN RANCH COMPANY, | ) | |
| | ) | |
| Plaintiff and Appellee, | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| RANDALL G. ADAMS, a/k/a | ) | |
| RANDY ADAMS, a/k/a RAY | ) | **FILED** |
| ADAMS; and LEE McDonald, | ) | |
| | ) | NOV 19 2020 |
| Defendants and Appellants. | ) | Bowen Greenwood |
| | ) | Clerk of Supreme Court |
| | | State of Montana |

Defendant and Appellant pursuant to rule 26(1), M.R.App.P., moves for an extension of time in which to file and serve his opening brief in this matter and there being no objection from Plaintiff and Appellee;

IT IS HEREBY ORDERED that the Defendant and Appellant is granted an extension of time until January 4, 2021, in which to file and serve his opening brief in this matter.

The Clerk is directed to mail true copies of this order to all counsel of record.

DATED this _____ day of November, 2020.

For the Court,

By _____